■ In the Matter of MICHAEL B. SCHULMAN, a Suspended Attorney.—Motion for reinstatement granted to the extent of referring the matter to the Departmental Disciplinary Com-

mittee for the First Judicial Department, as indicated in the order of this court. Concur—Kupferman, J. P., Ross, Carro, Kassal and Wallach, JJ.